IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-20 (MTT) |
| | ) |
| AMARI BOYKIN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have moved the Court to continue this case to the next trial term. Doc. 62. The defendant, along with one co-defendant, was indicted on April 11, 2023. Doc. 1. Co-defendant Christian Forbes entered a change of plea in this Court and has been sentenced. Docs. 30; 49. Defendant Boykin had his initial appearance in the Southern District of New York on January 19, 2024, and had his arraignment in this Court on March 18, 2024. Docs. 31; 56. No prior continuances have been granted as to Defendant Boykin. The parties now move the Court to continue this case to the next trial term to provide additional time for defendant's counsel to review discovery, conduct any required investigation or negotiate a potential resolution of the case. Doc. 62 ¶ 4.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 62) is **GRANTED**. The case is continued from the April term until the Court's trial term presently scheduled for **July 22, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 28th day of March, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT